## First Department, January, 1975

### (January 6, 1975)

■ In the Matter of JERRY GREENE, Petitioner, v. ARNOLD G. FRAIMAN, as a Justice of the Supreme Court of the State of New York, County of New York, Respondent.— Application in the nature of mandamus unanimously denied and the petition dismissed, without costs and without disbursements, without prejudice to a further application by the petitioner for reinstatement of bail pursuant to CPL 530.60. No opinion. Concur — Murphy, J. P., Lupiano, Tilzer, Capozzoli and Lane, JJ.

### (January 16, 1975)

■ 520 EAST 81ST STREET ASSOCIATES, Appellant, v. LENOX HILL HOSPITAL et al., Respondents.— Order, Appellate Term, Supreme Court, First Department, entered on January 4, 1974, affirmed, without costs and without disbursements. Concur — McGivern, P. J., Kupferman, and Lane, JJ; Murphy, J., dissents on the opinion of Markowitz, P. J., at the Appellate Term. No opinion. [76 Misc 2d 892.]

### (January 21, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DENTI, Appellant.— Judgment, Supreme Court, New York County, rendered on July 2, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Kupferman, J. P., Murphy, Tilzer and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THERESA THOMAS, Appellant.— Judgment, Supreme Court, Bronx County, rendered on April 13, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, Bronx County, for proceedings to direct defendant to surrender herself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Kupferman, J. P., Murphy, Tilzer and Lane, JJ.